**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number (*if known*) _____  Chapter ___7___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Maple Mountain Enterprises, Inc. |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 87-0499639 |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 530 South 2000 West <br> Springville, UT 84663 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Utah | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.  Debtor's website** (URL) _____

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Maple Mountain Enterprises, Inc.        Case number (if known) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor    Maple Mountain Group, Inc.      Relationship    Subsidiary

District    District of Nevada    When _____    Case number, if known _____

| Debtor | Maple Mountain Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**        .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☒ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☒ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   Maple Mountain Enterprises, Inc.                     Case number (*if known*) _____
     Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 2, 2025
            MM / DD / YYYY

**X** /s/ Thomas S. Avila                              Thomas S. Avila
    Signature of authorized representative of debtor      Printed name

Title    Chief Restructuring Officer

---

**18. Signature of attorney**

**X** /s/ Samuel A Schwartz                     Date   June 2, 2025
    Signature of attorney for debtor                    MM / DD / YYYY

Samuel A Schwartz 10985
Printed name

Schwartz
Firm name

601 E Bridger Ave
Las Vegas, NV 89101
Number, Street, City, State & ZIP Code

Contact phone   (702) 802-2238     Email address   kperez@nvfirm.com

10985 NV
Bar number and State

# United States Bankruptcy Court
## District of Nevada

In re    Maple Mountain Enterprises, Inc.                Case No.                

                          Debtor(s)          Chapter    7

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    June 2, 2025                        /s/ Thomas S. Avila

                                               Thomas S. Avila/Chief Restructuring Officer
                                               Signer/Title

Samuel A Schwartz
601 E Bridger Ave
Las Vegas, NV 89101


Adam Grant Hunter
1141 East 1320 South
Apt. 302
Provo, UT 84606


Addison Laurie Martinez
558 West 800 South
Springville, UT 84663


Ailsa Faust
927 East Maple Street
84664


Alabama Department of Revenue
Sales and Use Tax Division
P.O. Box 327790
Montgomery, AL 36132


Albina Michelle Truax
1212 West Summit Ridge Parkway
Santaquin, UT 84655


Albina Truax
1212 W. Summit Ridge Parkway
Santaquin, UT 84655


Alecia A. Wakefield
3956 West 1850 North
Lehi, UT 84043


Alex Jenkins
977 West 1000 South
Springville, UT 84663


Alexander Nilson
278 Orchard Avenue
American Fork, UT 84003


Ali Khan
1402 North 325 East
Nephi, UT 84648


Allie J. Henderson
10763 South Pine Grove Way
South Jordan, UT 84009


Alondra Pena
1573 East 400 South Street
Spanish Fork, UT 84660

Alvaro Lazareno
1206 West 1380 North
Orem, UT 84057

Amanda Choate
859 North 420 West
Santaquin, UT 84655

Amanda R. Cloward
189 East 400 North
Santaquin, UT 84655

Amy Beth Apezteguia
533 South 1025 West
Farmington, UT 84025

Ana S. Garcia Castro
1245 West 600 South
Provo, UT 84601

Angela Carter
7546 North Cottage Lane
Eagle Mountain, UT 84005

Angela Howell
373 South 1850 East
Springville, UT 84663

Anleen Cao
4306 Creston Drive
Champaign, IL 61822-9341

Arizona Department of Revenue
P.O. Box 29010
Phoenix, AZ 85038-9010

Arkansas Dept of Finance and Admin
Sales and Use Tax Section
P.O. Box 3566
Little Rock, AR 72203

Arkansas Dept of Finance and Admin
Corporation Income Tax Section
Little Rock, AR 72203-0919

Arlin Von Crup
1460 South 430 West
Orem, UT 84058

Arminta Jonee Woodard
2515 Oakridge Drive
Spanish Fork, UT 84660

Arturo Lazareno
1049 North 1880 West
Provo, UT 84604

Ash Walton
15026 Saint George Circle
Draper, UT 84020

Ashdon Woffinden
7888 North 7800 West
Lehi, UT 84043

Ashtyn Dickson
4692 West Cedar Run Circle
Cedar Hills, UT 84062

Asma Ishaq
137 Via Havre
Newport Beach, CA 92663

Asuka Koide
83 Sky Exchange Drive
Apt. 317
Asheville, NC 28803

Bailey Ann Gowans
1425 South 3560 East
Spanish Fork, UT 84660

Benjamin Aaron Caballero
1544 West 4505 South
Salt Lake City, UT 84123

Benjamin Lyon
3544 West Cornfield Drive
Lehi, UT 84043

Blanca Reynaga
555 North 500 West
Trailer 18
Payson, UT 84651

Brad Clark
1526 South 2900 East
Spanish Fork, UT 84660

Bradley Austin Bartell
61 Reese Creek
Ladera Ranch, CA 92694

Bradley Hutchings
156 East 8800 South
Spanish Fork, UT 84660

Brandon Christopher Lee
1045 South 1700 West
Apt. 1330
Payson, UT 84651

Brandon Richards
276 South 860 East
Salem, UT 84653


Brea Millward
330 Honeycomb Trail
Saint Augustine, FL 32095


Brette Yvonne Noll
20220 73rd Avenue East
Spanaway, WA 98387


Brian Robert Gardiner
13718 Werrington Drive
Winter Garden, FL 34787


Briana Nicole Butcher
870 South 1000 East
Orem, UT 84097


Briana Nita Hix
1674 West 1050 North Street
Provo, UT 84604


Bryan D Bean
1341 North 200 West
American Fork, UT 84003


Bryan Guevara
761 West 600 South
Apt. 12
Provo, UT 84601


Bryan Williams
855 West 3280 North
Lehi, UT 84043


Business Tax Division
445 East Capital Avenue
Pierre, SD 57501


California Dept of Tax and Fee Admin
P.O. Box 942879
Sacramento, CA 94279-7072


California Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0501


Callie Brink-Lee
287 North 600 East
Mapleton, UT 84664


Cammie Noel Taylor
656 East 350 North
Provo, UT 84606

Campbell Renee Hunter
1141 East 1320 South
Apt. 302
Provo, UT 84606


Carrie J. Morrison
7740 Island Creek Court
Alexandria, VA 22315


Catherine Scott
7124 Moresham Way
Wake Forest, NC 27587


Cerberus Business Finance Agency LLC
875 Third Avenue, 12th Floor
New York, NY 10022


Cesar Espita
1200 South Grevillea Avenue
Inglewood, CA 90301


Cesar Rene Plazola Martinez
1095 South 400 West
Trailer #41
Provo, UT 84601


Chad Lindholm
1154 East 1400 South
Spanish Fork, UT 84660


Chad Weights
402 East 620 South
Salem, UT 84653


Charity Young
267 East Sweetwater Drive
Springville, UT 84663


Charles Guy Thier
24541 Mando Drive
Laguna Niguel, CA 92677


Charlotte Woten
157 East 530 North
Springville, UT 84663


Chelsea Ray Jenkens
254 North 700 West
Apt. 1
Provo, UT 84601


Chelsey Cox
165 North 1650 West
D302
84062

```
Chevi Sutton
72 East 300 South
Ephraim, UT 84627


Chris A Bryant
149 South 150 West
Clearfield, UT 84015


Chris Arnold
339 East 1150 South
Springville, UT 84663


Christian N. Arellano
577 South 470 East
Springville, UT 84663


Christine Lloyd
531 Firestone Dirve
Santaquin, UT 84655


Christopher James
3792 North 300 West
Provo, UT 84604


Christopher L. Beck
8 Chapel Hill Road
Oakland, NJ 07436-3024


Christopher Ray Stoddard
1197 Divide Drive
Santaquin, UT 84655


Ciara Maria Velazco
630 East 1000 South
Springville, UT 84663


Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy Box 551401
Las Vegas, NV 89155-1401


Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy PO Box 551220
Las Vegas, NV 89155-1220


Claudia Alonso
1812 West 520 South
Provo, UT 84601


Cole Brannon Archuleta
1924 North 600 West
Mapleton, UT 84664
```

Colorado Department of Revenue
P.O. Box 17087
Denver, CO 80217-0087


Comptroller of Maryland
Revenue Administration Division
P.O. Box 1829
Annapolis, MD 21404


Connecticut Dept of Revenue Services
450 Columbus Blvd., Suite 1
Hartford, CT 06103


Conner Paull Ward
6537 Fiona Street
Eagle Mountain, UT 84005


Corbin Nay
3609 Cornfield Drive
Lehi, UT 84043


Courtney call Vavricka
603 North 100 West
Apt. #
Orem, UT 84057


Crystal Jo-ann Betts
75 East 400 North
Spanish Fork, UT 84660


Curtis James Wilson
11495 Riverside Drive
Apt. 208
North Hollywood, CA 91602


Curtis Jerry Diamond
256 South 1600 West
Provo, UT 84601


Daniel Joseph Ainsworth
1181 N. Wagon Way
Spanish Fork, UT 84660


Daniel M. Splattstoesser
302 North 950West
Springville, UT 84663


Daniel Mercado
594 East 250 North
Building 24, Apt. 206
Vineyard, UT 84059


Daniel P. Muhlestein
2445 South 450 West
Unit 3
Springville, UT 84663

Daria N. Jolley
9852 South 6000 West Street
Payson, UT 84651


Darrell Juan Delacruz
11301 Southeast 10th Street
Apt. 267
Vancouver, WA 98664


Daun E. Ward
5429 North St. Paul Court
Wichita, KS 67204


David Alan Kester
412 Peden Street
Houston, TX 77006


David Herman Foster
1190 West 1340 North
Orem, UT 84057


DeAnne Madsen
150 S. Ridgecrest Drive
Orem, UT 84058


Departamento de Hacienda
Area de Recaudaciones
P.O. Box 9024140
San Juan, PR 00902-4140


Dept. of Employment, Training and Rehab
Employment Security Division
500 E. Third Street
Carson City, NV 89713


District of Columbia
P.O. Box 96169
Washington, DC 20090


Douglas Michael Soule
5367 South Baldwin Park
Salt Lake City, UT 84123


Douglas Scott Voorhees
697 North 2040 East
Spanish Fork, UT 84660


Dramane O. Toure
391 West 400 South
Provo, UT 84601


Dustin J Garrett
233 Brookside Drive
Springville, UT 84663

```
Dwight L. Robins
70 West 1560 South
Orem, UT 84058


Ebrima Dibba
269 South 950 West
Spanish Fork, UT 84660


Efrain Jose Prada Sulbaran
5377 North Blacksmith Road
Eagle Mountain, UT 84043


Eleana Monique Palacios
902 North 1120 East
Spanish Fork, UT 84660


Eliseo Fausto
435 North 300 East
Spanish Fork, UT 84660


Elizabeth Chapman
397 Travertine Way
Santaquin, UT 84655


Emily Zabriskie
426 West 1360 North
American Fork, UT 84003


Emma Veron Enriquez Barahona
1839 South 410 West
Payson, UT 84651


Emmanuel K Ilunga
493 Buckley Avenue
Apt. 1
Springville, UT 84663


Eric Udy
2629 East 10 South
Spanish Fork, UT 84660


Erica Dini
1223 Eastwood Avenue
Highland Park, IL 60035


Ernest Bramwell Farr
745 East 400 North
Springville, UT 84663


Evan Christean
38 North Mahogany Way
Payson, UT 84651


Evaristo Zapata
P.O. Box 1325
Spanish Fork, UT 84660
```

Evens Fabien
4861 S. Olive Avenue
Mapleton, UT 84664


Evens Fabiens
4861 S. Olive Avenue
Mapleton, UT 84664


Exancia Midy Sejour
1617 South 450 West
Provo, UT 84601


Flor A Ortega
946 West 630 South
Unit 46
Pleasant Grove, UT 84062


Florida Dept of Revenue
5050 W. Tennessee Street
Mail Stop 3-2000
Tallahassee, FL 32399-0112


Francesco Improta
439 North Hill View Drive
Saratoga Springs, UT 84045


Francisco Roberto Contreras
230 Daniel Drive
Orem, UT 84057


Gaston E. Salomone
38 West 470 North
Vineyard, UT 84059


Gentrie Kendra Christensen
626 North 220 East
Salem, UT 84653


Gentry May Scott
1900 West South Jordan Parkway
South Jordan, UT 84095


Georgette Marie Traore
4883 West Aerie Hill Drive
West Jordan, UT 84081


Georgette Traore
4883 West Aerie Hill Drive
West Jordan, UT 84081


Georgia Dept of Revenue
P.O. Box 105408
30348-5408

Gina Barrios Franceschi
355 North Mill Road
H304
Orem, UT 84058


Giselle Ninn Aguayo-Meza
151 S. 1050 W. #52
Provo, UT 84601


Glen Lewis Tuttle
1040 North Grove Drive
Alpine, UT 84004


Gordon J. Montroy
55 West 1450 North
Apt. 142
Provo, UT 84604


Grace Ashton
1528 Sunview Court
Santa Rosa, CA 95401


Gregory Anthony Gittens
783 East 17th Street
Brooklyn, NY 11230


Gregory Vincent Snelson
111 North 1230 East Street
Springville, UT 84663


Hawaii Department of Taxation
P.O. Box 1425
Honolulu, HI 96806-1425


Health Tilley
7203 Driftwood Drive Southeast
Ada, MI 49301


Heath Tilley
7203 Driftwood Drive SE
Ada, MI 49301


Heather Erin Willden
265 East 200 North
Centerfield, UT 84622


Hirami Paola Chichia
928 East 1040 South
Springville, UT 84663


Hon Ming Wong
732 South 450 West
American Fork, UT 84003

Hugo A. Montero Mattos
3372 S. Pinyon Park Lane
Mapleton, UT 84664


Idaho State Tax Commission
P.O. Box 76
Boise, ID 83707-0076


Illinois Department of Revenue
P.O. Box 19041
Springfield, IL 62794-9041


Indiana Dept of Revenue
P.O. Box 7218
Indianapolis, IN 46207-7218


Information Builders, Inc.
11 Penn Plaza
New York, NY 10001


Internal Revenue Service
Attn: Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Iowa Dept of Revenue
P.O. Box 10412
Des Moines, IA 50306-0412


Isaac Richard Watts
786 South 590 East
Orem, UT 84097


Ivana Aleksov
408 Moat Court
Murrells Inlet, SC 29576


Jacqueline M Oriolt
1474 South Red Maple Court
Payson, UT 84651


James Alexander Neeley
910 West 2350 North
Lehi, UT 84043


James Allen Reed
612 East 600 North
Springville, UT 84663


James Kretchmer
2771 E. Canyon Crest Drive
Spanish Fork, UT 84660


Jasmine JL Saint Louis
977 West 1455 North
Orem, UT 84057

Jasmine St. Louis
977 West 1455 North
Orem, UT 84057


Jason C Argyle
142 West 400 North
Spanish Fork, UT 84660


Jason Daniel Wight
5318 West Topaz Court
American Fork, UT 84003


Jason Pickering
377 Stone Hollow Drive
Santaquin, UT 84655


Jaycee Owen Wilson
11192 Sandy Dunes Drive
Sandy, UT 84094


Jed Thomas
839 East 100 North
Spanish Fork, UT 84660


Jeffrey D. Ranson
869 East 350 North
Pleasant Grove, UT 84062


Jeffrey Johnson
1948 West 550 North
Lehi, UT 84043


Jeffrey Lars Hildebrandt
783 E. 17th Street
Brooklyn, NY 11230


Jeffrey Lars Hildebrandt
1367 West Fort Rock Drive
Saratoga Springs, UT 84045


Jennifer Anderson
1671 North 100 East
Ogden, UT 84414


Jennifer Broadbent
1134 S 1850 East
Spanish Fork, UT 84660


Jennifer Lawson
344 South 700 East
Orem, UT 84097


Jenya J. Garfield
HC 60 Box 71
Mona, UT 84645

Jenya J. Garfield
1569 North Highway 91
Mona, UT 84645


Jerem D. Thacker
174 Est Willet Drive
Salem, UT 84653


Jeremy Allen Norie
3881 West 4990 South
Salt Lake City, UT 84129


Jeremy G. Hungerford
2631 S Sandbar Street
Apt. 203


Jessica A. Rose
1018 South 225 East
Salem, UT 84653


Jessica Cerrato
1288 N. 2470 West
Provo, UT 84601


Jessica Collins
3421 Falling Acorn Circle
Lake Mary, FL 32746


Jesus Omar Sepulveda
1117 South Slate Canyon Drive
Provo, UT 84606


Joana Rose Dubon
630 East 1000 South
Springville, UT 84663


Joel Escorpiso
8833 Celebration Street
Chino, CA 91708


Joel Garcia
3184 South Mapleton Heights Drive
Mapleton, UT 84664


John Robinson
1872 East 1200 South
Spanish Fork, UT 84660


Johnson Mak
2222 West 150 North
Provo, UT 84601


Jonathan Gabriel Christensen
77 North 2860 East
Spanish Fork, UT 84660

Jonathan Rad Clark
4101 Timpview Drive
Provo, UT 84604


Jordan Smith
358 South 460 West
Spanish Fork, UT 84660


Jordyn Rowland
Bluffdale, UT 84065


Jose Antonio Fuenmayor
1333 North 3500 West
Provo, UT 84601-6204


Jose Carlos Martinez Reynaga
555 North 500 West TRLR 18
Payson, UT 84651


Jose Moyano
822 West Brookside Court
Payson, UT 84651


Jose Ramirez
383 North 400 West
Provo, UT 84601


Joseph Lee Rhodes
301 North 100 East
Salem, UT 84653


Joshua David Tripp
639 West 1800 North
Provo, UT 84604


Joshua Dee Jones
1649 North 110 West
Orem, UT 84057


Joshua Jewett
120 North 400 East Street
Salem, UT 84653


Juan Carlos
1016 West 200 South
Springville, UT 84663


Juan J. Guardado Posada
966 West 230 North
Orem, UT 84057


Juana Marina Palma
233 Suth 800 West
Provo, UT 84601

Julie Anderson
3002 E. Lookout Drive
Eagle Mountain, UT 84005


June Carol Dhillon
10 Santa Cecilia
Rancho Santa Margarita, CA 92688


Justin M Serra
2469 Fairway Drive
Spanish Fork, UT 84660


Justin Quinn
2414 E. Gregson Avenue
Salt Lake City, UT 84109


Justin Scott Chabries
79 North 1020 West
Apt. J201
American Fork, UT 84003


Kaden Lawrence Robinson
65 North 450 West
Springville, UT 84663


Kansas Dept of Revenue
P.O. Box 3506
Topeka, KS 66625-3506


Kara Cody
1092 S. Covered Bridge Cyn.
Spanish Fork, UT 84660


Karen Newton
Box 145
Mona, UT 84645


Karen P McCandless
198 South 300 East
American Fork, UT 84003


Karina Gabrielle Allred
433 West 1570 South Street
Provo, UT 84601


Karla Cristina Lopez
1091 South 2400 East
Spanish Fork, UT 84660


Kassadi George
203 East 630 North
Vineyard, UT 84059


Katelyn Hunsaker
1227 South 210 East
Payson, UT 84651

Keith Barker Rimington
2439 East 1035 South
Spanish Fork, UT 84660


Keith Selden
982 South Sunflower Lane
Mapleton, UT 84664


Kellie McCloud
3229 Manor View Drive
Lehi, UT 84043


Kelly Williams
790 North 100 West
Spanish Fork, UT 84660


Kelsey R. Keller
606 Armitage Drive
Columbia, MO 65202


Kenneth Clyde Johnson
1325 South 880 West
Payson, UT 84651


Kentucky Dept of Revenue
Division of Sales and Use Tax
P.O. Box 181
40602-0181


Kerry Rosquist
P.O. Box 370
Levan, UT 84639


Kerry Rosquist
210 North Main Street
Levan, UT 84639


Kevin Villalpando
630 East 1000 South
Springville, UT 84663


Kieara Danyel Heiselt
3044 West Willow Drive
Lehi, UT 84043


Kirstin P Gardiner
16801 Southeast First Street
Apt. 85
Vancouver, WA 98684


Kobie Taiana Canto
2425 West 8400 South
Spanish Fork, UT 84660

KPMG LLP
401 Union Street
Seattle, WA 98101


KPMG LLP
15 West South Temple
Salt Lake City, UT 84101


Krishna Kochendorfer
1850 West 13550 South
Riverton, UT 84065


Kristal K. Taylor
298 East 610 South
Santaquin, UT 84655


Kurtis Wyane Bost
311 South 500 East
Spanish Fork, UT 84660


Kyler D. Houston
804 East 340 South
American Fork, UT 84003


Lance Chapman
698 West 750 South
Springville, UT 84663


Lane Garret Russell
1685 West 800 South
Lehi, UT 84043


Latha Palani Ravikumar
3116 North Sage Loop
Apt. D1
Lehi, UT 84043


Laura Idaly Uribe
554 West 100 North
Payson, UT 84651


Lauri Brou
8283 S. Main Street
Midvale, UT 84047


Lawrence Clark Haynes
2030 South 2000 West
Mapleton, UT 84664


LC Kirkpatrick
2647 West Titans Court
South Jordan, UT 84095


LeGrand Adams
524 North 900 East
American Fork, UT 84003

Libardo Enrique Pico Ibanez
390 West 500 South
Provo, UT 84601


Libby Lassen
972 West 800 South
Springville, UT 84663


Lilian Genevieve Paskett
8096 North Ridge Loop E
Apt. D7
Eagle Mountain, UT 84005-4613


Lindsay Holman
7086 North Watermill Drive
Eagle Mountain, UT 84005


Louisiana Dept of Revenue
P.O. Box 3138
Baton Rouge, LA 70821-3138


Luis Fernando Morillo
1160 South Graff Circle
Orem, UT 84058


Luiz Fernando Vasquez
426 West 200 North
Apt. 203
Springville, UT 84663


Luna Lombardo
1614 Bayou Bend Lane
Katy, TX 77493


Luz Hernandez
104 West 500 North
Springville, UT 84663


Maginele Larins
215 East 550 North
Orem, UT 84057


Maine Revenue Services
P.O. Box 1064
Augusta, ME 04332-1064


Manuel Castrellon
615 North 280 West
Santaquin, UT 84655


Maple Mountain Enterprises, Inc.
530 South 2000 West
Springville, UT 84663

Marcus Ostergaard
167 South 300 West
Lindon, UT 84042


Margaret Susanne Vokerding
890 East 20 North
Smithfield, UT 84335


Maria Erica Ann Medina Pascual
1030 Fullerton Avenue
Corona, CA 92879


Maria Eugenia Garcia
340 West 920 South
Apt. 19
Provo, UT 84601


Maria Monserrat
134 East 1460 South
Orem, UT 84058


Mariah Sperry
304 West 100 North
Nephi, UT 84648


Maristela A. Da Silva Hixson
1342 South 950 West
Payson, UT 84651


Marlen Margarita Lopez Rincon
2662 West 700 South
Apt. C308
Springville, UT 84663


Massachusetts Dept of Revenue
P.O. Box 419540
Boston, MA 02241-9540


Matthew Jess Lowe
1646 South 2960 East
Spanish Fork, UT 84660


Matthew Lunceford
224 South 400 West
Lindon, UT 84042


Mayumi Gallentine
146 East 500 North
Vineyard, UT 84059-6069


Mdeline Jeanne Winterton
788 East 200 South
Payson, UT 84651

Megan A. Lowe
2425 West 8400 South
Spanish Fork, UT 84660


Megan Grover
357 East 1060 South
Salem, UT 84653


Megan Wagstaff Carlisle
301 South 1000 East
Salt Lake City, UT 84102-2410


Melanie Burningham
572 South 600 East
Apt. E207
American Fork, UT 84003


Melissa Anne Jacklin
50 South Main Street
Centerfield, UT 84622


Melissa Dawn Getz
141 North 100 West Street
Spanish Fork, UT 84660


Michael Gulbrandsen
14282 S. Copper Oaks Drive
Herriman, UT 84096


Michael Scott Peterson
3096 East 4800 North
Eden, UT 84310


Michelle Collier
1527 North 1180 West
Orem, UT 84057


Michelle Morgan
841 East 220 North
Salem, UT 84653


Michelle N. Wilson
488 East 12100 South
Draper, UT 84020


Michelle Smith
2342 East 1330 South
Spanish Fork, UT 84660


Michigan Dept of Treasury
Collection Services Bureau
P.O. Box 30199
Lansing, MI 48909

Mikayla Stevens
606 West 1720 North
Apt. 205
Provo, UT 84604


Minnesota Dept of Revenue
Mail Station 6330
600 N. Robert Street
Saint Paul, MN 55146-6330


Mississippi Dept of Revenue
P.O. Box 1033
Jackson, MS 39215-1033


Missouri Dept of Revenue
P.O. Box 840
Jefferson City, MO 65105-0840


Missouri Dept of Revenue
P.O. Box 700
65105-0700


Moontina Petion
1510 Marden Ridge Loop
Apt. 105
Apopka, FL 32703


Nancy Sue Reed
612 East 600 North
Springville, UT 84663


Nathan Frazier
104 Field Brrok Ln.
Gibsonia, PA 15044


Nathan Frazier
104 Field Brook Lane
Gibsonia, PA 15044


Nebraska Dept of Revenue
P.O. Box 94818
Lincoln, NE 68509-4818


Nelson Morales
1684 Hickory Lane
Apt. 1684
Provo, UT 84604


Nelson Ray Muhlestein
1323 West 1045 South
Clearfield, UT 84015


Nesasha Lacefield
1156 South 1920 East
Spanish Fork, UT 84660

Nevada Dept of Taxation
4600 Kietzke Lane Building L,
Suite 235
Reno, NV 89502


Nevada Dept of Taxation, BK Section
3850 Arrowhead Drive
Carson City, NV 89706


New Jersey Division of Taxation
P.O. Box 999
Trenton, NJ 08646-0999


New Mexico Taxation and Revenue Dept.
P.O. box 25122
Santa Fe, NM 87504-5122


Nicole B Navarro
812 West 700 South
American Fork, UT 84003


North Carolina Dept of Revenue
Sales and Use Tax
P.O. Box 25000
Raleigh, NC 27640-0640


North Carolina Dept of Revenue
P.O. Box 25000
Raleigh, NC 27640-0500


NYS Dept of Taxation and Finance
Sales Tax Processing
W A Harriman Campus
Albany, NY 12227


Office of sate Tax Commissioner
Sales and Use Tax
600 E. Boulevard Ave. Dept 127
Bismarck, ND 58505-0599


Office of the United States Trustee
300 Las Vegas Blvd. S., Suite 4300
Las Vegas, NV 89101


Ohio Dept of Taxation
Sales and Use Tax
Columbus, OH 43266-0065


Oklahoma Tax Commission
Sales and Use Tax
P.O. Box 26850
Oklahoma City, OK 73126-0850


Olga Ortega
1375 West 500 North
Apt. 77
Provo, UT 84601

```
PA Dept of Revenue
Sales and Use Tax
P.O. Box 280905
Harrisburg, PA 17128-0905


PA Dept of Revenue
P.O. Box 280708
Harrisburg, PA 17128-0708


Patrick Marx
62 Sage Drive
Orem, UT 84097


Penny Wakefield
294 North 1140 East
Payson, UT 84651


Perry Brady
871 Black Hawk
Payson, UT 84651


Peter Knowles
743 North 200 East
Springville, UT 84663


Peter Van Wagoner
644 East 60 South
American Fork, UT 84003


Phillip Karren
1938 East 500 South
Springville, UT 84663


Quinten Scott Brady
120 North 400 West
Springville, UT 84663


Rachael Kappas
1144 South Main Street
Springville, UT 84663


Rachel McGinnis
647 South 100 East
Payson, UT 84651


Rafael Ulloa
411 E. 750 S.
Orem, UT 84097


Rafael Uloa
411 E. 750 S
Orem, UT 84097


Ranae Ashby
2395 South State Street
Springville, UT 84663
```

```
Reagen Cox
40 South 300 East
Spanish Fork, UT 84660


Rebecca Brock
11930 Northwest 71st Terrace
Alachua, FL 32615


Rebecca Brock
632 Turkey Creek
Alachua, FL 32615


Rebecca Ortiz Gonzalez
262 North 2700 East
Spanish Fork, UT 84660


Rhiannon K. Lacefield
974 Kramer Street
San Leandro, CA 94579


RI Division of Taxation
Registration Section
One Capitol Hill
Providence, RI 02908-5800


Ricardo Rubio
1253 Baycrest Drive
Saratoga Springs, UT 84045


Richard Simpson
1913 East 1130 South
Spanish Fork, UT 84660


Richard Zac Terry
236 South 600 EAst
Payson, UT 84651


Robert D. Rex
2493 EAst 1580 South
Spanish Fork, UT 84660


Robert Kirkman
13486 Fireback Drive
Riverton, UT 84065


Robert Rawle
2495 Fairway Drive
Spanish Fork, UT 84660


Ronnie Kay Stamm
812 South 690 East Street
Spanish Fork, UT 84660


Rosario Jimenez
875 East 200 South
Spanish Fork, UT 84660
```

Ruth Gabriela Gonzalez Ruvalcaba
169 East 1200 South
Orem, UT 84058


Sabrina Knight
205 South Maya Jane Lane
Grantsville, UT 84029


Sachi Panting
840 West Daylight Drive
Riverton, UT 84065


Sam Kuchar
2651 East 600 North
Spanish Fork, UT 84660


Samantha Marie Diamond
925 West 1600 North
Mapleton, UT 84664


Sandra Arzate
5609 Montair Avenue
Lakewood, CA 90712


Sandy Margaret Gonzalez
556 East Hearth Lane
Eagle Mountain, UT 84005-5834


Sang Thi Ho
2946 South Lake Meadow Drive
West Valley City, UT 84120


Saoudata Amadou Maiga
1059 South 200 East
Salt Lake City, UT 84111


Saoudata Hamada Hila Dinatale
2025 Creek Shore Lane
Pearland, TX 77581


Sarah Eliason
918 S. River Ridge Lane
Spanish Fork, UT 84660


Sarah Irene Reed
612 East 600 North
Springville, UT 84663


Satoko Iwasaki
215 South 650 West
A-9
Springville, UT 84663


Schyanna Gayelean Schade
702 North Highway 256
Redmond, UT 84652

Scott Morris
11313 South Bell Ridge Drive
Sandy, UT 84094


Scott Smith
2035 Fall Street
Eagle Mountain, UT 84005


Sean LA. Whitnah
1255 W. Archmore Drive
Springville, UT 84663


Shamaine Shianne Shotgunn
768 South 1100 East
Spanish Fork, UT 84660


Shane L. Greer
1537 East 350 South
Pleasant Grove, UT 84062


Shane L. Ware
18126 E. Allen Shore Drive
Cypress, TX 77433


Shanna Whiting
1564 South 740 West
Payson, UT 84651


Shannon Elizabeth Mellin
9899 South Wimbleton Drive
Sandy, UT 84092


Shantel Annette Carlson
685 W. Broad Stripes Drive
Riverton, UT 84065


Sharon Alvarado
448 West 1570 South
Provo, UT 84601


Sharon Alvarado
4587 Edgeware Lane
Provo, UT 84601


Shawn Baxter
8761 Durham Court
Eagle Mountain, UT 84005


Shawn Crystalynn
1771 West 910 South
Springville, UT 84663


Sheena Tidwell
302 South 500 West
Mount Pleasant, UT 84647

Sierra Carly Jensen
1716 East Ridgefield Road
Spanish Fork, UT 84660


South Carolina Dept of Revenue
Sales and Use Tax
P.O. Box 125
Columbia, SC 29214-0101


South Carolina Dept of Revenue
Corporate Taxable
P.O. Box 100151
29202


State of Alaska
P.O. 110809
Juneau, AK 99811-0809


Stephanie George Rodriguez
3022 South 500 West
Bountiful, UT 84010


Stephanie Penrod
1123 North Ridge Court
Spanish Fork, UT 84660


Stephen Bons
3081 North 175 East
Provo, UT 84604


Steven Jared Boshard
1241 East 1750 North
Payson, UT 84651


Stewart Donovan
2541 Indian Hills Drive
Little Elm, TX 75068


Sue Dinatale
2025 Creek Shore Lane
Pearland, TX 77581


Summer Aurora Estes
81 E. Brushy Canyon Street
Saratoga Springs, UT 84045


Tamara Hiskey
1825 North Main Street
Unit 2
Spanish Fork, UT 84660


Tanner C Dimick
111 A Street
Springville, UT 84663

Tanner Martin
1359 South 1400 East
Provo, UT 84606


Tassie Christine Bettis
412 East 450 North
Santaquin, UT 84655


Taylor James Marrott
621 North 100 West
Apt. D
Orem, UT 84057


Taylor Rae Coltellaro
8916 Trolley Trail
McKinney, TX 75070


Teig Kelvin Valentine
13932 North 6250 East
Spring City, UT 84662


Tennessee Dept of Revenue
Andrew Jackson Building
500 Deaderick Street
Nashville, TN 37242


Teresa Herrera
571 West 500 North
American Fork, UT 84003


Terie N. Jones
13739 S. Belmont Park Avenue
Herriman, UT 84096


Texas Comptroller of Public Accounts
Capitol Station
P.O. Box 13528
Austin, TX 78711-3528


Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714-9348


Thomas M. Liljenquist
1635 South 1740 West
Lehi, UT 84043


Tiffany Lynn Acrie
340 East 800 North
Richfield, UT 84701


Tina Lloyd
531 Firestone Drive
Santaquin, UT 84655

Toby Schiess
301 East 1730 South
Orem, UT 84058


Todd J Bagley
4963 N. Shady Bend Lane
Lehi, UT 84043


Travis Nielson
313 Spanish Fields Drive
Spanish Fork, UT 84660


Tyler Gregory Jones
2314 East 1170 South
Spanish Fork, UT 84660


Tyson Draper
531 South 2370 East 84660
Spanish Fork, UT 84660


Utah County Assessor's Office
100 East Center Street
Suite 1100
Provo, UT 84606


Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134-0260


Vanessa Carolayn
882 South 2560 East
Spanish Fork, UT 84660


Vaughan M. Austin
278 Orchard Avenue
American Fork, UT 84003


Vermont Dept of Taxes
133 State Street, 1st Floor
Montpelier, VT 05633-1401


Veronica Anahi Cortez
406 South 2430 West
Provo, UT 84601


Veronica Uribe
741 South Stubbs Avenue
Provo, UT 84601


Victoria Alonso
1206 West 1380 North
Orem, UT 84057


Victoria Hope Oliver
257 East 760 North
Orem, UT 84057

Virginia Dept of Taxation
P.O. Box 760
Richmond, VA 23218-0760


Vladyslav Vasylchenko
489 South 200 East
Provo, UT 84606


Walter Victor Arias
3013 East 80 South
Spanish Fork, UT 84660


Washington State Dept of Revenue
P.O. Box 47476
Olympia, WA 98504-7476


Wendy Freedman
2100 Park Avenue
680915
Park City, UT 84068


West Virginia State Tax Department
Tax Account Administration Division
Charleston, WV 25323-0784


Wiliam R. Uloa
411 East 750 South
Orem, UT 84097


William Reif
3630 South Hillside Lane
841089


William Roth
823 North 420 West
Santaquin, UT 84655


Wisconsin Dept of Revenue
P.O Box 8921
53708-8921


Wyoming Dept of Revenue
Excise Tax Division
122 W. 25th Street
Cheyenne, WY 82002-0110


Xinnia Maricel Alvarez
450 EAst 850 South
Orem, UT 84097


Yenny Ruth Sarmiento
9251 North Canyon Heiths Drive
Cedar Hills, UT 84062

Yesenia Pulido-Gonzalez
334 North 400 East Street
Santaquin, UT 84655


Yesica Maciel Dixon
495 South 900 West
Apt. 203
Pleasant Grove, UT 84062


Yvonne Jacobson
157 South 400 West
Apt. 1
Springville, UT 84663


Z Capital Management, LLC
Two Conway Park
150 N. Field Drive Suite 300
Lake Forest, IL 60045


Zachary Paul Olsen
208 N. Pier Court
Saratoga Springs, UT 84045


Zahina Molina Sanchez
1078 West 90 South
Pleasant Grove, UT 84062


Zara A. Johnson
725 West 4250
Ogden, UT 84405

ACTION BY WRITTEN CONSENT
OF
THE SOLE DIRECTOR
OF
MAPLE MOUNTAIN ENTERPRISES, INC.,
a Nevada corporation
AND
MAPLE MOUNTAIN GROUP, INC.,
a Utah corporation

Effective as of June 2, 2025

The undersigned, being the sole Director of Maple Mountain Enterprises, Inc., a Nevada corporation ("**MME**") and Maple Mountain Group, Inc., a Utah corporation ("**MMG**," and MME, each, a "**Company**" and collectively, the "**Companies**"), hereby adopts the following resolutions ("**Resolutions**") on behalf of the Companies:

> **WHEREAS**, on April 16, 2025, pursuant to that certain *Omnibus Written Consent of the Sole Shareholders of Maple Mountain Enterprises, Inc. and Maple Mountain Group, Inc.* (the "**Resolution**") Cerberus Business Finance Agency, LLC (the "**Shareholder Proxy**") caused Thomas S. Avila (the "**CRO**") to be appointed to serve as both the sole director and the Chief Restructuring Officer of each Company;

> **WHEREAS**, the Resolution allows the CRO to exercise control over certain affiliates, including MME's foreign subsidiaries;

> **WHEREAS**, the Resolution authorized the CRO to, among other things, take or cause to be taken any and all actions, to make all payments, to make any filings or other submissions with any governmental authority, and to negotiate, enter into, execute and deliver any and all agreements, instruments and other documents as may be necessary, appropriate, convenient or proper to effectuate the intent of, and the transactions contemplated by, this Resolution, such agreements, instruments and other documents to be in such form and to contain such terms and conditions as may be necessary, appropriate, convenient or proper;

> **WHEREAS**, at the time of the CRO's appointment, the Companies were not operating, prior management had terminated substantially all of the Companies' employees and maintained a limited group of former employees as independent contractors, and consistent with the authority granted to the CRO, the CRO, acting on behalf of the Companies, and certain affiliates, sold substantially all of the assets and business of the Companies on May 22, 2025;

> **WHEREAS**, the Resolution delegates to the CRO the sole authority to authorize or do any of the following with respect to each Company and/or any of their subsidiaries: (i) file any case, action or proceeding before any court or

governmental authority relating to bankruptcy, reorganization, insolvency, liquidation, receivership, dissolution, winding-up or other relief of debtors; or (ii) make any general assignment for the benefit of creditors, composition, marshaling of assets for creditors, or other similar arrangement in respect of its creditors generally or any substantial portion of its creditors; in each case of the foregoing clauses (i) and (ii), undertaken under U.S. federal, state or foreign law, including, without limitation, Title 11 of the United States Code (11 U.S.C. §§ 101, et seq., as amended, the "**Bankruptcy Code**");

**WHEREAS**, the various transactions and actions contemplated herein, including the commencement of cases under chapter 7 of the Bankruptcy Code and other ancillary or parallel insolvency proceedings in various jurisdictions by the Companies constitute Restructuring Matters with respect to the Companies (the transactions and actions described herein collectively, the "**Restructuring Transactions**");

**WHEREAS**, prior to the date hereof, consistent with the authority granted to the CRO in the Resolution, the CRO considered the matters described herein, determined them to be the best interests of the Companies, their creditors, and other parties in interest, and recommended that the Companies authorize the Restructuring Transactions;

**WHEREAS**, the CRO has considered the financial and non-operational condition of such Company, including, without limitation, the historical performance of the Companies, the assets of the Companies, the current and long-term liabilities of the Companies, and liquidity situation of the Companies, the strategic alternatives available to them and the effect of the foregoing on such Company's business, and solely with respect to the Companies, the relative risks and benefits of pursuing cases under the provisions of chapter 7 of the Bankruptcy Code;

**WHEREAS**, the CRO has consulted with the management and legal advisors of such Company and fully considered each of the strategic alternatives available to such Company, including the Restructuring Transactions;

**WHEREAS**, the CRO has reviewed and considered its need to employ individuals and/or firms as counsel, professionals, consultants, or financial advisors to represent and assist such Companies in carrying out its duties in connection with the cases under the Bankruptcy Code; and

**WHEREAS**, the undersigned deems it advisable and in the best interests of the Companies and their creditors, interest holders, and other parties in interest, to consent to and adopt, in the name of and on behalf of the Companies, the following resolutions:

**NOW THEREFORE BE IT RESOLVED**, that the CRO hereby is, authorized, empowered and directed to enter into, and to take any and all actions necessary or advisable to

advance the Restructuring Transactions, including filing pleadings; and in connection therewith, with power of delegation, is hereby authorized and directed to execute such documents and agreements deemed necessary or appropriate, and to take all necessary actions in furtherance of consummation of such agreements' terms; and it is further

**RESOLVED**, that in the judgment of the CRO, it is desirable and in the best interests of such Company, its creditors, and other parties in interest, that such Company shall be, and hereby is, authorized to file or cause to be filed voluntary petitions for relief (the "**Chapter 7 Cases**") under the provisions of chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nevada (the "**Bankruptcy Court**"); and it is further

**RESOLVED**, that the CRO be, and hereby is, authorized, empowered and directed to execute and file on behalf of each Company all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action the CRO deems necessary or appropriate to obtain such relief; and it is further

**RESOLVED**, that the CRO be, and hereby is, authorized and directed to, in the name of and on behalf of each applicable Company, employ the law firm of Schwartz Law, PLLC as general bankruptcy counsel to represent and assist each such Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance such Company's rights and obligations, including the preparation and filing of any pleadings and other documents in the Chapter 7 Cases; and in connection therewith, the CRO, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Schwartz Law, PLLC; and it is further

**RESOLVED**, that the CRO be, and hereby is, authorized and directed to, in the name of and on behalf of each applicable Company, employ any other professionals to assist each such Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the CRO, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is further

**RESOLVED**, that the CRO be, and hereby is, with power of delegation, authorized, empowered and directed to, in the name of and on behalf of each applicable Company, execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that the CRO deems necessary, proper, or desirable in connection with each such Company's Chapter 7 Case; and it is further

**RESOLVED**, that, in addition to the specific authorizations heretofore conferred , the CRO (and his or her designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of each Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, ratify, certify, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including, but not limited

to, filing fees, in each case as in the CRO's (or his or her designees' or delegates') judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of each Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of each Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Company; and it is further

**RESOLVED**, that the CRO be, and hereby is, authorized and empowered to take all actions, or to not take any action in the name of each Company, with respect to the transactions contemplated by these resolutions hereunder, as the CRO shall deem necessary or desirable in such the CRO's reasonable business judgment, as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein; and it is further

**RESOLVED**, that the CRO, in his discretion, is hereby authorized to give and receive all notices, approvals, and other documents and instruments, and to take any other action on behalf of the Companies and that all actions by the CRO, shall be final and binding on Companies; and it is further

**RESOLVED**, that the execution these Resolutions represents the action by written consent of the sole Director; and it is further

**RESOLVED**, that any actions taken by the CRO, prior to the date hereof, that are within the authority conferred by these Resolutions are hereby ratified, confirmed, and approved as the acts and deeds of this Company; and further;

**RESOLVED**, that these Resolutions may be executed in two or more counterparts, each of which shall be deemed an original, but all of which will constitute the same Resolutions. The parties agree to accept signed copies of these Resolutions transmitted by electronic mail or electronic facsimile copies as original documents. The parties acknowledge that copies of these Resolutions transmitted over the Internet may result in different type styles and type sizes, different pagination, and different formatting than the original of these Resolutions in possession of the party sending the Resolutions. The parties agree that any such copies of these Resolutions shall be accepted by the parties as true and correct originals hereof so long as the actual text of the Resolutions remains the same.

The persons signing hereby represent and warrant that they have the actual authority to sign this Action by Written Consent. This Action by Written Consent shall be filed in the Minute Book of each Company and become a part of the records of each Company.

IN WITNESS WHEREOF, the undersigned have executed this Action by Written Consent as of the Effective Date.

**MAPLE MOUNTAIN ENTERPRISES, INC.**

By _Thomas S. Avila_
AA5BA60409104AA

Thomas S. Avila, solely in his capacity as the Sole Director and the Chief Restructuring Officer

**MAPLE MOUNTAIN GROUP, INC.**

By _Thomas S. Avila_
AA5BA60409104AA

Thomas S. Avila, solely in his capacity as the Sole Director and the Chief Restructuring Officer

# United States Bankruptcy Court
### District of Nevada

In re   Maple Mountain Enterprises, Inc.                                   Case No. _____
                                              Debtor(s)                    Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Maple Mountain Enterprises, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

June 2, 2025
Date

/s/ Samuel A Schwartz
Samuel A Schwartz 10985
Signature of Attorney or Litigant
Counsel for   Maple Mountain Enterprises, Inc.
Schwartz
601 E Bridger Ave
Las Vegas, NV 89101
(702) 802-2238  Fax:
kperez@nvfirm.com